| Date | Pleading Number | |
|---|---|---|
| 12/13/74 | 1. | MOTION -- Defendants National Bank of North America, Franklin National Bank, Security Pacific National Bank.  Brief in support of motion. Exhibits A, B, C, D, & E (complaints in each action and amended complaint in A-4).  Certificate of service. REQUESTED TRANSFEREE FORUM:  None requested.  (Singlf forum) |
| 12/30/74 | 2 | RESPONSE -- Susquehanna Corp  w/Brief and cert of service |
| 1/3/75 | | HEARING ORDER- Setting for hearing in Phoenix, Arizona Jan. 24, 1975 A-1 and A-4     (Mailed 10) |
| 1/9/75 | 3 | RESPONSE -- National Bank of North America,and Franklin National Bank w/cert of service |
| 1/10/75 | 4 | REPLY BRIEF -- Security Pacific National Bank w/cert. of service |
| 1/13/75 | 5 | RESPONSE -- First National Bank of Boston w/cert. of service |
| 1/16/75 | 6 | SUPPLEMENTAL RESPONSE -- Susquehanna Corp. w/cert. of service |
| 1/16/75 | 7 | JOINDER IN SUSQUEHANNA CORP. OPPOSITION TO 1407 MOTION -- Maurice Schy w/cert. of service |
| 1/17/75 | | CORRECTION ORDER -- to delete Jan. 25, 1975 on HEARING ORDER filed on Jan. 3, 1975 and to insert Jan. 24, 1975. |
| 1/24/75 | 8 | CHART depicting current status of discovery filed at hearing. |
| 1/30/75 | 9 | LETTER FR. JUDGE MURRAH -- to counsel advising that transfer of the litigation will be to the D. of Massachusetts. The transferred actions will not be formally consoldated with the Mass. action before Judge Caffrey but will be assigned to an outside judge for coordinated discovery with the Mass. action. Transfer will be formally ordered when intercircuit assignment effectuated.  Further states that letter in no way should interere with pretril proceedings now in progress in the various actions. |
| 3/11/75 | | CONSENT OF CHIEF JUDGE CAFFREY FOR LITIGATIONTTO BE ASSIGNED TO THE DISTRICT OF MASS. TO JUDGE MARVIN E. FRANKEL SITTING BY DESIGNATION FROM S.D.N.Y. |
| 3/11/75 | | OPINION AND ORDER transferring A-2 through A-4 to the D. Mass for coordinated or consolidated pretrial proceedings pursuant to 28 US.C. 1407 and assigning Judge Marvin E. Frankel from the S.D.N.Y. to handle the multidistrict proceedings in the D. of Mass  OPINION AND ORDER Denies transfer of A-1 and recommends coordination between transferee judge and judge assigned A-1. |
| 4/7/76 | | SUGGESTION OF REMAND -- Judge Frankel-- letter w/order (3/16/76) SCHY V. KORHOLZ, ET AL., D. MASS, 76-1350-C |
| 4/7/76 | | SCHY V. FRANKLIN NATIONAL BANK, ET AL., D. MASS, 76-1351-C XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX THE SUSQUEHANNA CORP. V. SECURITY PACIFIC NATIONAL BANK, D. MASS. 75-1891  CONDITIONAL REMAND ORDERS FILED TODAY.  -- Notified transferee xxxerkxxxxxxxxxxxxerkxxxxxxxtxxxxsxexexxxxxxxxx judge, counsel |
| 4/22/76 | | SHY V. KORHOLZ, ET AL., D. MASS, 76-1350-C  SCHY V. FRANKLIN NATIONAL BANK, ET AL., D. MASS, 76-1351-C  THE SUSQUEHANNA CORP. V. SECURITY PACIFIC NATIONAL BANK, D. MASS. 75-1891  CONDITIONAL REMAND ORDERS FINAL TODAY. Notified involved clerks and transferee clerk, andttransferee judge |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 197 -- In re the Susquehanna Corporation Securities Litigation

| Date | Pleading Description |
|---|---|
| 83/07/08 | ORDER ADMINISTRATIVELY CLOSING DOCKET -- Notified involved counsel and clerk (cds) |

JPML FORM 1A

DOCKET ENTRIES

MAR 11, 1975, Transfer [illegible]

DOCKET NO. 197 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Closed 7/8/83

## Description of Litigation

### IN RE THE SUSQUEHANNA CORPORATION SECURITIES LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s): Jan. 24, 1975
Date(s) of Opinion(s) or Order(s): 3/11/75
Consolidation Ordered: ✓    Name of Transferee Judge: Marvin E. Frankel (S.D.N.Y.)
Consolidation Denied: ___   Transferee District: D. Mass

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The Susquehanna Corp. v. First National Bank of Boston | Mass. Caffrey | 72-1508-C | N.T. | | 7/8/83 Dism | |
| A-2 | The Susquehanna Corp. v. Security Pacific National Bank | C.D.Cal. Kelleher | CV74-1573 | 3/11/75 | Remanded 75-1891C | 4/22/76 | |
| A-3 | Schy v. Franklin National Bank, et al. | E.D.N.Y. Judd | 72 Civ.718 | 3/11/75 | Remanded 76-1351-C | 4/22/76 | |
| A-4 | Schy v. Korholz, et al. | S.D.N.Y. Frankel | 72 Civ.1223 | 3/11/75 | Remanded 76-1350C | 4/22/76 | |

July 1979 - 3 TR / 1 XV2/ 3 Rem / 1 Pdg
July 1980 — Same
July 1982 Same
[illegible] Same

p. 1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 197 -- IN RE THE SUSQUEHANNA CORPORATION SECURITIES LITIGATION

| ~~Plaintiffs~~ | ~~Defendants~~ |
|---|---|
| NATIONAL BANK OF NORTH AMERICA<br>David R. Hyde, Esquire<br>Cahill, Gordon & Reindel<br>80 Pine Street<br>New York, New York 10005 | EMMETT H. BRADLEY<br>Patrick W. McGinley, Esquire<br>Gasperini & Savage<br>10 East 53rd Street<br>New York, New York 10022 |
| FRANKLIN NATIONAL BANK<br>Milton Kunen, Esquire<br>Kaye, Scholer, Fierman, Hays & Handler<br>425 Park Avenue<br>New York, New York 10022 | ARCH C. SCURLOCK<br>Franklin M. Schultz, Esquire<br>Purcell & Nelson<br>1776 F St., N.W.<br>Washington, D.C. 20006 |
| SECURITY PACIFIC NATIONAL BANK<br>Richard C. Warmer, Esquire<br>O'Melveny & Myers<br>611 West Sixth Street<br>Los Angeles, California 90017 | MAURICE SCHY<br>Richard M. Meyer, Esquire<br>Pomerantz, Levy, Haudek & Block<br>295 Madison Avenue<br>New York, New York 10017 |
| HERBERT KORHOLZ<br>RABIN C. SCHENCK<br>MARTIN R. GAINSBRUGH<br>Paul R. Grand, Esquire<br>Poletti, Freidin, Prashker,<br>   Feldman & Gartner<br>777 Third Avenue<br>New York, New York 10017 | THE SUSQUEHANNA CORPORATION<br>Bruce R. Kauffman, Esquire<br>Dilworth, Paxson, Kalish, Levy & Coleman<br>2600 The Fidelity Building<br>Philadelphia, Pennsylvania 19109 |
| NEW YORK HANSEATIC CORP.<br>Michael I. Smith, Esquire<br>Freedman, Levy, Kroll & Simonds<br>1730 K St., N.W., Suite 1100<br>Washington, D.C. 20006 | FIRST NATIONAL BANK OF BOSTON<br>John J. Curtin, Jr., Esquire<br>Bingham, Dana & Gould<br>100 Federal Street<br>Boston, Massachusetts 02110 |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __197__ -- __IN RE THE SUSQUEHANNA CORPORATION SECURITIES LITIGATION__

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Security Pacific National Bank | A-2; A-4 |
| The First National Bank of Boston | A-1; A-4 |
| Franklin National Bank | A-3; A-4 |
| National Bank of North America | A-3; A-4 |
| The Susquehanna Corp. | A-3; A-4 |
| Herbert F. Korholz | A-4 |
| Emmett H. Bradley | A-4 |
| Martin R. Gainsbrugh | A-4 |
| Aksel Nielsen | A-4 |
| Arch C. Scurlock | A-4 |

p. _____

| Name | |
|---|---|
| Raben C. Schenck | A-4 |
| Arthur W. Sloan | A-4 *not appeared* |
| Norman F. Tisdale, Jr. | A-4 *not appeared* |
| Leslie H. Wald | A-4 *not appeared* |
| Guinness Mahon & Co., Ltd. | A-4 *not appeared* |
| New York Hanseactic Corp. | A-4 |
| SMC Investment Corp. | A-4 *not appeared* |