JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 197

APRIL 1975

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE THE SUSQUEHANNA CORPORATION SECURITIES LITIGATION

CLERK OF THE PANEL

TRANSFER ORDER

The Panel held a hearing in Phoenix, Arizona, on January 24, 1975, to determine whether the actions listed on the attached Schedule A should be transferred to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. During the hearing, the parties agreed that coordinated or consolidated pretrial proceedings of these actions should be effectuated in the District of Massachusetts. In light of that agreement, the Panel found from the bench that these actions involve common questions of fact and that transfer under 28 U.S.C. §1407 to the District of Massachusetts would serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

Because of the imminence of trial of the Massachusetts action before Chief Judge Andrew A. Caffrey, the transferred actions are being assigned to Judge Marvin E. Frankel, sitting by designation pursuant to 28 U.S.C. §292(d), while the Massachusetts action will remain before Chief Judge Caffrey. We trust that any necessary coordination between the transferred actions and the Massachusetts action will be effectuated between Judges Caffrey and Frankel, at their own discretion.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the three actions listed on the attached Schedule A and pending in districts other than the District of Massachusetts be, and the same hereby are, transferred to the District of Massachusetts and, with the consent of that court, assigned to the Honorable Marvin E. Frankel, sitting by designation pursuant to 28 U.S.C. §292(d), for coordinated or consolidated pretrial proceedings.

FOR THE PANEL:

Alfred P. Murrah
Chairman

SCHEDULE A

DOCKET NO. 197

## DISTRICT OF MASSACHUSETTS

The Susquehanna Corp. v. The First National Bank of Boston

Civil Action
No. 72-1508-C

## CENTRAL DISTRICT OF CALIFORNIA

The Susquehanna Corp. v. Security Pacific National Bank

Civil Action
No. CV74-1573

## EASTERN DISTRICT OF NEW YORK

Maurice H. Schy v. Franklin National Bank, et al.

Civil Action
No. 72 Civ. 718

## SOUTHERN DISTRICT OF NEW YORK

Maurice H. Schy v. Herbert F. Korholz, et al.

Civil Action
No. 72 Civ. 1223